No. 69227.—Stern & Stern Textiles, Inc. *v.* United States, protest 64/6431 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise are not wholly or in chief value of cotton, rayon, or silk and that they are wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 8, 1965

No. 69228.—*Micro Auto Imports and Mini Auto of California* v. *United States,* protests 64/3022(A) and 64/7371 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69229.—Shalom & Co. and Windsor Pen Mfg. Co., Inc. *v.* United States, protests 62/18086 and 62/6071 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of plastic cases permanently fitted and furnished with traveling sets similar in use to leather cases and that the principles are the same as those involved in Abstract 64484, the claim of the plaintiffs was sustained.